IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WASEEM DAKER,
Plaintiff

v.

NETE WARREN, et al,
Defendants

CASE NO.
1:10-CV-2084-TT

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 15 2013

JAMES N. HATTEN, CLERK
By: S. Brannon, Deputy Clerk

MOTION TO EXTEND TIME TO OBJECT TO MAGISTRATE'S JANUARY 30, 2013 REPORT & RECOMMENDATION AND TO SEEK RECONSIDERATION OF JANUARY 30, 2013 ORDER

COMES NOW WASEEM DAKER, PLAINTIFF ABOVE-STYLED, AND MOVES FOR AN EXTENSION OF TIME ON WHICH TO OBJECT TO THE MAGISTRATE'S JANUARY 30, 2013 REPORT & RECOMMENDATION, AND TO SEEK RECONSIDERATION OF JANUARY 30, 2013 ORDER, AND SHOWS THE COURT AS FOLLOWS:

1. ON 1/30/13 THE MAGISTRATE ISSUED A R&R THAT CERTAIN MOTIONS OF PLAINTIFF BE DENIED, THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BE GRANTED, AND ALSO ISSUED AN ORDER DENYING OTHER OF PLAINTIFF'S MOTIONS.

2. ALTHOUGH THE ORDER AND R&R WERE ENTERED ON 1/30/13, PLAINTIFF DID NOT RECEIVE THEM UNTIL 2/5/13, SIX(6) DAYS LATER, A FACT WHICH CAN BE CONFIRMED THROUGH PRISON MAILROOM LEGAL MAIL RECORDS.

3. PLAINTIFF IS CURRENTLY UNDER UNUSUAL AND COMPELLING CIRCUMSTANCES. FIRST, SINCE TRANSFERRING TO GDCP ON 10/3/12, HE HAS BEEN DENIED ALL OF HIS DOCUMENTS AND CASEFILE IN THE ABOVE-STYLED CASE. AS A RESULT, HE DOES NOT HAVE ANY OF THE DOCUMENTS HE NEEDS TO REFER TO IN ORDER TO OBJECT TO THE R&R. SPECIFICALLY, PLAINTIFF SUBMITS THAT THE MAGISTRATE'S R&R OVERLOOKS KEY FACTS THAT WOULD PRECLUDE SUMMARY JUDGMENT IN DEFENDANT'S FAVOR, AND HE NEEDS HIS DOCUMENTS IN ORDER TO POINT OUT WHERE THOSE FACTS APPEAR IN THE RECORD.

4. ADDITIONALLY, PLAINTIFF IS ALSO PRESENTLY BEING DENIED ALL ACCESS TO A LAW LIBRARY. HE IS ONLY PROVIDED UP TO SIX(6) CASES PER WEEK, AND IF THE CASES ARE LONG HE IS NOT EVEN PROVIDED SIX, BUT ONLY 3-4. THE MAGISTRATE'S R&R IS LONG, 55 PAGES, AND CITES APPROXIMATELY 69 CASES. THUS, AT THE CURRENT RATE OF 3-6 CASES PER WEEK, IT WILL TAKE PLAINTIFF AT LEAST TWELVE(12) WEEKS OR LONGER, JUST TO RESEARCH THE CASES CITED IN THE R&R. IT WILL TAKE MUCH LONGER TO RESEARCH OTHER CASELAW NEEDED TO REBUT OR DISTINGUISH THE CASES CITED IN THE R&R FROM THIS CASE.

6. IN LIGHT OF THESE CIRCUMSTANCES, PLAINTIFF NEEDS AN EXTENSION IN ORDER TO ALLOW HIM TIME TO ATTEMPT TO OBTAIN HIS LEGAL DOCUMENTS IN THIS CASE, SO HE CAN POINT OUT SPECIFICALLY WHERE KEY FACTS OVERLOOKED BY THE R&R APPEAR IN THE RECORD. PURSUANT TO INSTITUTIONAL POLICY, THE EARLIEST HE WILL BE ABLE TO DO SO WILL BE MID-MARCH, NO EARLIER THAN MARCH 15, 2013, PERHAPS A LITTLE LATER. HE WILL THEN NEED ADDITIONAL TIME AFTER OBTAINING SAID DOCUMENTS TO REVIEW THEM AND "CULL THE RECORD."

7. IN ADDITION, PLAINTIFF NEEDS AN EXTENSION IN ORDER TO RESEARCH CASELAW NEEDED TO ADDRESS THE ISSUES ON THE R&R AND TO REBUT OR DISTINGUISH THE CASES CITED THEREIN. BECAUSE THE R&R IS 55 PAGES, AND CITES APPROXIMATELY 69 CASES ON MANY DIFFERENT LEGAL ISSUES, THIS IS A DAUNTING TASK GIVEN PLAINTIFF'S EXTREMELY LIMITED ACCESS TO LEGAL MATERIALS.

8. PLAINTIFF CURRENTLY HAS 14 DAYS, PLUS 3 DAYS FOR MAILING, OR 17 DAYS TOP, UNTIL FEBRUARY 18, 2013 (MONDAY), TO OBJECT TO THE R&R. PLAINTIFF MOVES FOR A SIXTY-THREE (63) DAY EXTENSION, OR UNTIL MONDAY, APRIL 22, 2013, IN WHICH TO OBJECT TO THE R&R, AND TO SEEK RECONSIDERATION OF CERTAIN PARTS OF THE 1/30/13 ORDER.

WHEREFORE, PLAINTIFF MOVES FOR A 63-DAY EXTENSION, UNTIL 4/22/13, IN WHICH TO OBJECT TO THE R&R, AND TO SEEK RECONSIDERATION OF THE 1/30/13 ORDER.

RESPECTFULLY SUBMITTED,

_____
WASEEM DAKER
PLAINTIFF PRO SE

#901373
GDCP
PO BOX 3877
JACKSON, GA 30233

CERTIFICATE OF COMPLIANCE AND SERVICE

I CERTIFY THAT I FILED THE FOREGOING, AND SERVED A COPY THEREOF BY PURSUANT TO THE PRISON MAILBOX RULE, BY PLACING IN THE GDCP TRANSIENT LEGAL MAIL SYSTEM, THE ORIGINAL TO THE CLERK OF COURT, THE COPY ADDRESSED ON:

MARIL A. ADELMAN
SR. ASSOCIATE COUNTY ATTORNEY
100 CHEROKEE STR. STE 350
MARIETTA, GA 30090

THIS 11 DAY OF FEBRUARY, 2013.

_____
WASEEM DAKER