IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WASEEM DAKER, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:10-cv-2084-AT |
| : | |
| NEIL WARREN, Sheriff, Cobb County, : | |
| and COBB COUNTY, : | |
| : | |
| Defendants. : | |

## **ORDER**

This matter is before the Court on Plaintiff Waseem Daker's motion for an extension of time to file his objections to the Magistrate Judge's Final Report and Recommendation ("R&R") and to seek reconsideration of the Magistrate Judge's order of January 30, 2013 [Doc. 111]. Plaintiff seeks an extension of "sixty-three (63) days or until Monday, April 22, 2013, to object to the R&R, and to seek reconsideration of certain parts of the 1/30/13 order" [*Id.* at 2]. Plaintiff indicates that he needs the extension in order to conduct research so that he can adequately respond to the fifty-five (55) page Order and Final Report and Recommendation. Plaintiff's request for an extension is hereby **GRANTED**. Plaintiff shall have

through and including Monday, April 22, 2013, to file his objections to the Report and Recommendation and to seek reconsideration of the Magistrate Judge's order. Plaintiff's motion to amend his complaint [Doc. 43], motion for reconsideration of the Court's order of January 3, 2011[1] [Doc. 77], motions for preliminary injunction [Docs. 83, 86, 96, 107], motion to add additional defendants [Doc. 95], and motions for summary judgment [Docs. 76, 83, 96, 107], as well as Defendants Cobb County and Neil Warren's motion for summary judgment [Doc. 47] are hereby **STAYED** pending receipt of Plaintiff's objections to the Report and Recommendation.  The Court will consider these motions upon receipt of Plaintiff's objections to the Report and Recommendation or after April 22, 2013, whichever occurs first.  Plaintiff is **ADVISED** that since he is receiving a lengthy extension of time to file his objections that he will be granted no further extensions.

It is so **ORDERED** this 21st day of February 2013.

_____
Amy Totenberg
United States District Judge

---

1 This order was entered by Judge Richard W. Story and dismissed some of Plaintiff's claims, while allowing others to proceed.  This case was reassigned to the undersigned on March 7, 2011.

2